# UNITED STATES DISTRICT COURT
## District of Maine

BORIS AYALA,                          )
                                      )
     Movant                 )
                                      )
v.                                    )          **Crim No. 06-56-P-S**
                                      )          **Civil No. 10-29-P-S**
UNITED STATES OF AMERICA,             )
                                      )
     Respondent             )
                                      )


## ORDER AFFIRMING THE
## <u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

     The United States Magistrate Judge filed with the Court on September 3, 2010, her Recommended Decision (Docket No. 126). Defendant filed his Objection to the Recommended Decision (Docket No. 127) on September 24, 2010.

     I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.    It is hereby **ORDERED** that Movant's Motion to Vacate Pursuant to 28 U.S.C. § 2255 (Docket No. 115) is **DENIED**.

3.     It is further hereby **__ORDERED__** that a certificate of appealability should not issue in the event that Movant files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).


/s/George Z. Singal
U.S. District Judge

Dated this 27th day of September, 2010